IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2015 NOV 20 PM 2:48
DEPUTY CLERK

| | | |
|---|---|---|
| EDWARD ROY NEWSOME, | § § | |
| Petitioner, | § § | |
| v. | § | 2:10-CV-0242 |
| | § | |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Petitioner is seeking leave to proceed *in forma pauperis* on appeal. On November 2, 2015, the United States Magistrate Judge entered a Report and Recommendation finding that if petitioner is appealing this Court's Judgment, the appeal is frivolous and in bad faith, and if petitioner is attempting to challenge a previous ruling of the United States Court of Appeals by this appeal, this Court is without jurisdiction. The Magistrate Judge recommends that petitioner's application to proceed *in forma pauperis* on appeal be denied. On November 10, 2015, petitioner filed "objections" to the Magistrate Judge's Report and Recommendation which note numerous procedural issues, but appears to object to the findings and recommendation only on the basis that the Magistrate Judge abused his discretion in making such findings..

Having made an independent examination of the record in this case, the undersigned United States District Judge hereby OVERRULES petitioner's objections, and ADOPTS the Magistrate

Judge's Report and Recommendation. Accordingly, petitioner's application to proceed *in forma pauperis* on appeal is DENIED.

    IT IS SO ORDERED.

    ENTERED this ____20t____ day of ____November____, 2015.

                                              /s/ Mary Lou Robinson
                                              MARY LOU ROBINSON
                                              UNITED STATES DISTRICT JUDGE